UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

Petitioner,

v.

ATASCADERO STATE HOSPITAL,

Respondent.

Case No. 16-07009 EJD (PR)

**ORDER OF DISMISAL**

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] On December 7, 2016, the Clerk notified Petitioner that he needed to either pay the filing fee or file a motion for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 9.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: 1/18/2017

EDWARD J. DAVILA
United States District Judge

---

[1] The matter was transferred in from the Central District on December 9, 2016. (Docket No. 8.)

Order of Dismissal
P:\PRO-SE\EJD\HC.16\07009Overton_dism-fee.docx